# EXHIBIT 1

# Release / Full and Final Settlement

DATE:

CLAIMANT('S) NAME(S):

CLAIMANT ADDRESS:

CLAIMANT PHONE NO.:

INCIDENT: On or about the 26th day of July 2010, Enbridge Energy, Limited Partnership's ("Enbridge") oil pipeline no. 6B located near Marshall, Michigan leaked oil causing damage to Claimant ("Incident").

PAYMENT AMOUNT: $

By execution hereof Enbridge and Claimant(s), are agreeing to settle all of their claims related to the Incident.

In consideration of the payment of the sum stated above ("Payment Amount") to be paid to Claimant(s), Claimant(s) hereby releases and discharges Enbridge, its, employees, agents, partners, directors, and officers and affiliated companies and their agents, partners, directors, and officers, (jointly "Enbridge Released Parties") from and against all liability, claims, actions, causes of action, costs, and expenses, including without limitation claims for personal injuries, property damage, that Claimant(s) ever had, has or may have against the Enbridge Released Parties, whether known or unknown related to the Incident.

This Agreement reflects the entire settlement agreement between the Claimant(s) and Enbridge, and the terms of this release are contractual, and not a mere recital.

Claimant(s) Signature:

Witness Signature

Witness Name:

RELEASE - FINAL SETTLEMENT_DRAFT.DOC