# EXHIBIT 2



DeLisle Associates LTD

# Statement of Qualifications

Presented by:

DeLisle Associates LTD

5050 S. Sprinkle Rd.

Portage, MI 49002

(269) 373-4500

www.DeLisleAssociatesLTD.net

  

# Corporate Profile

Since 1985, DeLisle Associates LTD has provided a diverse array of Environmental and Industrial Hygiene Consulting, as well as Training Services worldwide. Our clientele includes industry, commercial and government agencies, energy companies, hospitals, educational institutions, and the private sector.

Based in Portage, Michigan, DeLisle Associates LTD, is a woman-owned business that continues to expand and improve services to meet the needs of our clients. Employing state-of-the-art instrumentation and an experienced staff, we pride ourselves in providing accurate, timely, and consistent information to our clients. DeLisle presently operates four individual, but equally important, divisions of the company.

## Industrial Hygiene Services

Industrial Hygiene involves the recognition, evaluation, and control of various health hazards that are present in the work environment.

| Services Provided by Our Experienced Staff, Led by a Certified Industrial Hygienist ||
|---|---|
| Health & Safety Audits | Medical Surveillance |
| Hazard Communication Compliance | Lead in Water Testing |
| Written Respiratory Protection | Complete Asbestos Services |
| Air Monitoring and Indoor Air Quality Surveys | Radon Testing |
| NAAQS PM-10 Sampling during Demolition | Recordkeeping |
| Electromagnetic Surveys | Exposure Monitoring |
| Ergonomics | Radiation |
| Task Specific Analysis | Mold Inspection & Sampling |
| Noise Monitoring /Hearing Conservation Programs | Site Safety Officer |

Each topic above deals with a different set of requirements, regulations, and employee-employer responsibilities. If required by regulation, or if liability for employee protection is present, DeLisle can assist employers in assessing the need for each individual concern (where applicable). Once a focal point is achieved, we can monitor for exposure levels and assist in the development of programs detailing the standard company operating procedure including implementation of the infinite provisions of each program.

Whatever your concern, we can help the environmental safety and health representative provide a safe and healthy workplace. The benefits of a successful safety and health program include lower amounts of lost time injuries (OSHA reportable), an increase of company-wide acceptance of safety and health, the potential for lower insurance premiums, improvement in morale, and increase in productivity, just to name a few.

*DeLisle participates in the AIHA PAT Certification Program and is enrolled in the AIHA AAR Program.*

## Environmental Services

*Environmental services provided by DeLisle are designed to compliment industry and business goals of liability protection, regulatory compliance, and site investigation/remediation of contaminated sites. Our staff includes experienced engineers and scientists who possess the appropriate registrations/certifications required for specific task areas.*

| Environmental Areas of Expertise | |
|---|---|
| Phase I and II Site Assessments | Baseline Environmental Assessments |
| Hydro-geologic Investigations | Sustainable Management Practices |
| Soil & Groundwater Sampling & Analysis | Wastewater Treatment Design and Construction |
| Remedial Design | Underground Storage Tank Compliance |
| Storm Water Permitting | Environmental Permitting |
| Regulatory Compliance | Waste Management |
| Brownfield Redevelopment | |

*Potential liability associated with property transactions, air and water quality compliance, underground storage tank management, and hazardous waste management are just a few of the issues that company managers must consider. DeLisle's experience in evaluating environmental issues will provide you with the most creative solutions to any problem.*

*DeLisle's typical project résumé includes complex investigation and remediation of solvent plumes in on-site and off-site locations, evaluation of wastewater treatment system designs, real estate transaction activities and documentation preparation for new owner liability protection, storage tank release closures, agency negotiation and representation, operating permits, legal and banking assistance, Brownfield studies, and grant applications.*

## Training Services

*DeLisle specializes in custom-designed programs for the workplace. From specific operations and maintenance techniques to general accident prevention principles, DeLisle will develop an entertaining, educational, and effective training program to meet individual client needs.*

*DeLisle provides fundamental programs consisting of lectures, demonstrations, discussion, audio-visual material, and practical hands-on experience. The programs are designed to protect employees against job-related health hazards and to protect companies against liability and litigation.*

| Training Services | |
|---|---|
| Hazardous Waste Operations & Emergency Response (HAZWOPER) | NIOSH 582 Equivalency |
| HAZWOPER Compliance Programs | RCRA HAZ WASTE (40 CFR PART 265.16) |
| Asbestos Training Courses Inspector, Worker, Management Plan, Contractor/Supervisor, and Operations & Maintenance | Bloodborne Pathogens & Lab Safety |
| Confined Space Awareness | Powered Industrial Lift Truck |
| Customized Health & Safety Training | Lockout/Tagout |
| General Radiation | Lead Awareness |
| OSHA Outreach General Safety Training (10 & 30-Hr Construction and General Industry) | Discipline Specific Training |
| Hazard Communication | Microbial Awareness |
| Methamphetamine | Fall Protection |

## Employment Services

As a measure to provide a diversified and convenient atmosphere to our clientele, DeLisle has added additional services related to employment screening, data management and security that include the following.

| Additional Services | |
|---|---|
| Drug Screening for 5 panel, 10 panel, and 10 panel D.O.T. | Background checks for past history |
| Data Management (DODS) Web-Based Computer Storage Organizational Program Management Documentation of Data for each Company | |

## Our Commitment to Our Clients

DeLisle believes communication is one of the most important components of a successful business relationship. We manage each project with individualized attention and dedication to ensure that upon completion, the client's needs and expectations regarding technical, financial, and scheduling elements have been met.

*DeLisle was founded on the premise of providing quality professional services in a responsive and proactive manner. We ensure a quality service to our clients with dedication to the training of our staff, consistent documentation, and attention to detail. We believe our success is dependent upon the people we employ and our reputation for providing quality services. Accordingly, we continually strive to maintain a positive work environment with the promise of satisfaction and competitive rates.*

## Statement of Confidentiality

*DeLisle understands the sensitivity surrounding the issue of employee exposure concerns and the incurrence of liability. Therefore, we conduct our services professionally and with the utmost regard for client confidentiality. If the need arises, we can consult with the owner in compiling a Right-to-Know program for projects that require public disclosure.*

## Privacy Statement

*DeLisle Associates LTD is committed to the privacy of its corporate records and that of its clients. By strictly adhering to company procedures and secured access to exposure, medical, psychological and criminal history records, DeLisle maintains the ultimate in confidentiality between its employees, its clients, and other applicable parties.*

*All services offered reflect the absolute integrity and progressive image of DeLisle Associates' mission. Our goal is to be regarded by our customers as a consultant who practices what they preach. At no time will we trade, sell, or otherwise transfer information outside the company, any information created by our employees or submitted to us by our clients, vendors and subcontract associates.*

# Delineation of Company Services

## Industrial Hygiene Services

### Health & Safety Audits

With state and federal agencies increasing fines for violations of safety and environmental regulations, audits keep employers current with regulations, training requirements, and documentation. In addition, an audit potentially saves employers money in lowering worker compensation claims, costly disasters, and valuable time.

Federal OSHA and MIOSHA require written programs, training, monitoring data, material safety data sheets (MSDSs), and injury records be maintained. Large portions of state and federal citations are a result of incomplete training records, injury logs, and written safety programs.

| Health & Safety Services <br> (Review or provide written programs and training when necessary) ||
|---|---|
| Hazard Communication (Right-to-Know) | Accident Injury Prevention (Standard Operating Procedures, Job Safety Analysis) |
| Medical Surveillance | Lockout/Tagout |
| Respiratory Protection | Bloodborne Pathogens |
| Confined Space Entry | Emergency Preparedness Programs |
| Performance of Compliance Audits | Customization of Safety Programs |
| Program establishment | Standard Operating Procedure Generation |

### Hazard Communication Compliance

The Federal Hazard Communication Standard (29 CFR 1910.1200) and the adopted Michigan Employee Right-to-Know Act (MIOSHA Public Act No. 80) require employers to:

| Employer Requirements ||
|---|---|
| Identify and evaluate hazardous chemicals | Maintain Material Safety Data Sheet(s) (MSDSs) |
| Label hazardous chemicals (including pipes) | Train employees |

*A high percentage of MIOSHA inspections reveal insufficiencies with Right-to-Know Programs. The primary reasons for citations are incomplete MSDS(s) and insufficient training of employees.*

| Hazard Communication Services Provided by DeLisle | |
|---|---|
| Complete inventory of hazardous chemicals in the workplace | Locating and organizing MSDS(s) |
| Evaluation of existing program | Developing or implementing a written program |
| Training all employees | |

## Written Respiratory Protection

*Federal OSHA (29 CFR 1910.134) and MIOSHA (Rules 3501 and 3502) regulate the use of protective equipment including personal protective equipment for the eyes, face, head, extremities, protective clothing, and respiratory devices. The employer shall provide this protective equipment when hazards of processes or the environment are present.*

*The employer is also responsible for the establishment and maintenance of a written respiratory protection program whenever an employee is required to wear a respirator.*

| Written Respiratory Protection Services | |
|---|---|
| Evaluate existing written respiratory program | Qualitative fit testing and documentation |
| Develop a customized written respiratory program | |

## Noise Monitoring and Hearing Conservation Programs

*Federal OSHA (29 CFR 1910.95) requires employers to administer a continuing effective hearing conservation program whenever employee noise exposures equal or exceed an 8-hour time weighted average (TWA) of 85 decibels. In addition, employers are required to establish a monitoring program.*

| Noise Monitoring/Hearing Conservation Services | |
|---|---|
| Conduct walk-through evaluation | Administer and develop a written hearing conservation program |
| Monitor noise levels to determine need for a hearing conversation program | Train employees when necessary |
| Review existing written program | Provide professional advice on how to eliminate or reduce the amount of noise |

## Indoor Air Quality Surveys

Americans spend about 90% of their time indoors where air contaminants are substantially greater than the air outside. This is greatly due to chemicals contained in new building materials, poorly designed and maintained ventilation systems, office equipment, and placement of furniture.

Molds, bacteria, chemical fumes and other air contaminants can cause drowsiness, irritability, dizziness, nausea, nosebleeds, disorientation, and respiratory problems.

| Indoor Air Quality Services ||
|---|---|
| Mold Inspection and Sampling | Site walk-through investigation |
| Interviews and Questionnaires | Examine ventilation systems |
| Sample for targeted air contaminants | Provide recommendations |

## Asbestos and Lead Management

Asbestos and lead material management requires the skills of thoroughly trained professionals. DeLisle has assisted thousands of clients through the many aspects of the asbestos remediation process. Our experienced staff can guide you from the initial assessment to the development of a comprehensive asbestos management or removal specification plan.

Count on us to function as your representative in selecting a licensed asbestos remediation contractor. We have proven expertise in designing detailed specifications and administering monitoring services before, during, and after remediation to ensure compliance with those specifications.

| Asbestos Management Services ||
|---|---|
| Building Surveys and Hazard Assessments | Abatement Contract Specifications |
| Air Monitoring & Administration | Written Respiratory Protection Programs |
| Management Plans | Accredited Training Programs |
| Full AHERA Project Design | |

## Air Monitoring Services

DeLisle Associates LTD was founded as an industrial hygiene and training organization and has provided air monitoring services since its inception. DeLisle can perform essentially all types of assessments and can provide state of the art, accurate, and complete data generation on exposures to occupants, employees, or residents. Monitoring parameters that are within the expertise of DeLisle include but are not limited to the following:

| Air Monitoring Areas of Expertise | | |
|---|---|---|
| Asbestos | PM-10 and other Causative Agents | Fungal and Bacteriological |
| Chemical Vapor | Mercury | Fine particulates for ISO Classification |
| Lead | Iso-cyanide | Ethylene oxide (ETO) |
| Metal Fume | Process By-product Components | Waste Anesthetic Gases |
| Nuisance Particulates | Alkali Dust | Formaldehyde |

# Environmental Consulting and Hydrogeologic Services

## Phase I and II Site Assessments

DeLisle's staff of professionals routinely assess potential environmental hazards in the industrial, commercial, and residential communities. Our environmental consultants are experienced in providing comprehensive assessments of environmental liabilities associated with real estate transactions.

| Assessments Include These Investigations and Evaluations |
|---|
| Underground storage tanks, chemical storage areas, or evidence of past spills or releases |
| Waste management policies and procedures |
| Inspections and interviews |
| Adjacent land uses and previous site activities |
| Enforcement actions by OSHA, EPA, or other regulatory agencies |
| Extensive records research including agency files, nearby sites of contamination, historical maps and aerial photographs |
| Non-Scope Items such as asbestos, PCBs, urea-formaldehyde foam insulation and other hazardous materials as requested |

Should the Phase I Environmental Site Assessment identify Recognized Environmental Conditions, recommendations may be made in the Phase I report to expand to a Phase II investigation. Phase II includes sampling and analysis of media in areas identified as Recognized Environmental Conditions to identify whether hazardous substances have been released on the property.

| Due Diligence Services Offered |
|---|
| Sampling and analysis of soil, groundwater, and spill residue |
| Site contamination assessment |
| Baseline Environmental Assessment Preparation |
| Recommendations and cost estimates for remediation |

## **Underground Storage Tank Investigations**

In the United States, over 100,000 buried tanks are estimated to be leaking. DeLisle provides professional services to assist clients in the investigation and remediation of chemical spills.

| Storage Tank Services |
|---|
| Soil and groundwater sampling |
| Contamination assessments and field testing |
| Groundwater monitoring |
| Tank removal specifications |
| Compliance with state and/or federal regulations |
| Complete project management including closure approval |

Compliance supervision services are performed during an underground storage tank (UST) system removal.

| Compliance Supervision Services |
|---|
| Pre-work documentation (tank registration and removal notification) |
| On-site monitoring and project administration |
| Sample collection for compliance with state and federal regulations |
| Enforcement of state and federal regulations regarding removal and decontamination of USTs |
| Notification to state and local agencies of confirmed release and coordination of subsequent activities (contaminated soil treatment or removal, proper disposal, etc.) |
| Development of a project report detailing the project activities including any federal, state, or local correspondence, reports and other relevant documentation |

## Soil & Groundwater Investigations

Soil and groundwater impairment is one of the most technically challenging problems facing environmental professionals today. In defining the problems, DeLisle can provide:

| Problem Definition Services |
|---|
| Comprehensive geologic and hydro-geological services |
| Conduct soil borings and/or monitoring well installation |
| Sample and analyze wells, surface water, soils, and waste |
| Environmental impact assessments |
| Groundwater modeling |

After definition of the problem, practical and economical solutions for groundwater and/or soil impairment can be prepared. DeLisle develops cost-effective remedial programs which meet regulatory agency cleanup requirements based on professional analysis.

## Remedial Design and Construction

Remediation system design and construction services are developed based on site-specific conditions, including the type of geology and hydrology present at the site and the type of contaminant. System design may include:

| System Design Services |
|---|
| Passive remediation, including ORC barriers, chemical oxidation, and natural attenuation |
| Active remediation systems, including soil vapor extraction, air sparging, excavation or other methods designed to reduce constituent concentrations to acceptable state and federal requirements |

| Other Services |
|---|
| Design and implementation of soil and groundwater remediation systems |
| Supervision and documentation of remedial and closure activities and requirements |
| Preparation of permit applications for treatment, storage, and disposal facilities |

# Training Services

DeLisle will provide you and/or your company with training and program development needed to maintain a safe workplace, increase employee awareness of work place hazards, and even offer proper guidance in accurate documentation.

*Programs can be customized for individual company needs and held at your site, a location which best suits your needs, or at the DeLisle Training Center. Some of the training and documentation programs provided are listed below.*

## OSHA

### Hazardous Waste Operations & Emergency Response (HAZWOPER)

| Hazardous Waste Operations & Emergency Response (HAZWOPER) |
|---|
| 40-hour HAZWOPER |
| 24-hour Emergency Response |
| 8-hour Supervisor/Manager |
| 8-hour Refresher |

| HAZWOPER Compliance Programs |
|---|
| Written Health & Safety |
| Hazard Communication |
| Confined Space Entry |
| Personal Protective Equipment |
| Respiratory Protection |

| OSHA Outreach |
|---|
| 10 and 30-Hour Courses for Construction |
| Trained by Approved OSHA Outreach Trainer |

| Customized Health and Safety Training |
|---|
| Bloodborne Pathogens |
| NIOSH 582 Equivalency |
| Hearing/Noise Programs |

| Asbestos Training Courses |
|---|
| EPA-AHERA Approved - Supervisor & Worker - Inspector & Management Planner |
| Awareness/Operations & Maintenance |
| EPA Accredited Program |
| State of Michigan Approved Trainers |
| Louisiana (pending) |
| Florida (Pending) |

| Other Training Services Offered |
|---|
| Confined Space Awareness |
| Lockout/Tagout |
| Bloodborne Pathogens |
| Radiation Safety (Please Specify NRC Commitment) |
| RCRA HAZ WASTE |
| General Safety Training |
| Specific Training Courses to Meet Clients' Objectives |

## Employment Services

DeLisle has developed a program to provide human resource managers and management personnel the ability to set up their employee training, safety, and health and pre-qualification programs in a manner that provides the most efficient, comprehensive and secure methods to achieve their objectives. This program is copyrighted as D.O.D.S.© or DeLisle On-line Data System. Depending on need, DeLisle can tailor its services to meet essentially any aspect of employment services arena. The following is a brief list of services offered.

| Criminal History Reports and Background Checks |
|---|
| Michigan Statewide Search |
| Other 49 States (Felony and misdemeanor) |
| County Search Nationwide for Criminal Arrest Records |

(continued)

*(Criminal History Reports and Background Checks continuted)*

| |
|---|
| Federal Criminal Records |
| Driving Record History (MVRs) |
| Driving Records (Other 49 States, Canada, Puerto Rico) |
| Credit Reports |
| Social Security Trace |
| Military History |
| Interpol |
| Sex Offender Registries |

| Education and Employment Verification |
|---|
| Education Verification |
| Present Employment Verification |
| Previous Employment Verification |
| Professional License Verification |
| Address History Verifications |
| Reference Checks |

| Drug Screening |
|---|
| Five Panel and Ten Panel urine drug screen which meets most employers requirements. Same Day Results |
| 5 Panel DOT Regulated and non-regulated urine drug screens (direct read/ Lab verify) |
| 10 Panel urine analysis (direct-read or lab verification analysis) |
| Hair sample analysis (5 Panel) |

## DeLisle On-Line Data System (D.O.D.S.©)

DeLisle has developed a fully integrated, customizable, and user friendly document management program. The platform is called the DeLisle Online Data System (DODS). It is web-based, fully secured, real-time accessible and contains many components vital to ensure its longevity and success for human resource management. It has the capabilities to manage easily, large volumes of data including site specific S.O.Ps, programs, certifications and building diagrams at the touch of a button. Because of its simplistic but intricate components, it is fully customizable to meet and exceed any client need.

*DeLisle's services will expedite the process of clearing new employees for the workplace and will enhance your office safety and security procedures. The first step is to call our office to request information on our services so we can begin the process.*

*Contact Mark DeLisle or Greg Millgard of our office for more information on these services.*