# EXHIBIT 3

**Kathleen Burns, Ph.D.**

168 Burlington St.  Phone: (781) 861-1108
Lexington, Mass. 02420  Fax:  (781) 861-0601
E-mail: kmb@sciencecorps.org

**Areas of Specialization**: public health, toxicology, epidemiology, risk assessment and management, environmental and occupational health policy

**Professional Experience**

| | |
|---|---|
| 2004-present | Independent consultant in public health, public policy, toxicology, epidemiology, exposure assessment, product safety, policy analysis, and related sciences. |
| 2004-present | Sciencecorps. Founder and Director. Manage and provide low cost and pro bono technical assistance regarding environmental and occupational health concerns and policy for communities, organizations and government agencies. |
| 1991-2004 | Senior Health Scientist & Project Manager, Environmental Research Area, Abt Associates, Cambridge, MA. Managed projects, conducted assessments, and developed documents and policy options to manage chemical hazards, carried out epidemiological, toxicological, economic, and related assessments for federal agencies. |
| 1988-1990 | Consultant to the Rhode Island Department of Health, Providence, Rhode Island. Provided health risk evaluations and policy analyses regarding environmental health issues. |
| 1986-1988 | Director, Risk Assessment Section, New Jersey Department of Health, Environmental and Occupational Health Division. Managed and conducted hazard, risk, and exposure assessments, toxicological and epidemiological evaluations, sampling and analysis, policy development, community outreach, and response to toxic exposure events. |
| 1981-1985 | Research Associate, Occupational and Environmental Health Program, University of Illinois School of Public Health. Work included public health, toxicology, epidemiology, project management, development of outreach materials and on-call technical support to the Illinois Department of Health. |

**Education**

| | | |
|---|---|---|
| Ph.D. | 1985 | University of Illinois Medical Center, Chicago, Illinois. School of Public Health, Environmental and Occupational Health Division. Specialization: toxicology, risk assessment, radiological health, public policy. |
| M.A. | 1981 | University of Chicago, Chicago, Illinois, Divisional Masters in Social Science, specialization in public policy. |
| B.A. | 1977 | University of Chicago, Chicago, Illinois, Biological Sciences |

Additional coursework: Occupational Toxicology: OSHA certificate, Harvard University: economics, Northwestern University Medical School: microbiology, anatomy and physiology, biochemistry

**Kathleen Burns, Ph.D.**

## Examples of Recent Work
(Not including work addressed in publications or legal work listed in following sections)

- Evaluation of potential health consequences of a new proposed pesticide fumigant, with special focus on exposure and effects in older children engaged in agricultural work.

- Evaluation of changes in exposure patterns and physiological vulnerabilities of women during pregnancy, with a focus on environmental exposures via drinking water, air, and food.

- Evaluation of birth defects and cancer rates in a population surrounding a battery plant.

- Evaluation of health hazards of heavy metals found in children's products (cadmium, arsenic, lead).

- Evaluation of exposures and potential diseases in Marines who worked with solvents and other chemicals during deployment and on U.S. bases.

- Development of a virtual library website of health and environmental information on nanotechnology, in support of international meetings on chemicals management (UNEP, WHO, OECD, and related)

- Evaluation of health hazards associated with proposed coal-fired power plants in Michigan, in collaboration with tribal and community organizations.

- Evaluation of cleaning product ingredients and potential health damage to occupational users, including housekeepers and maintenance staff. Recommendations on exposure reduction strategies.

- Evaluation of chemicals and components in engineered playing fields and parks and development of options for evaluation, regulation, and management.

- Evaluation of levels chemicals (MTBE, pesticides) in the bodies of US residents, based on the CDC chemical body burden data, with a focus on elevated levels of pesticides found in minority children.

- Evaluation of health hazards from location contamination caused by chemical plant explosion.

- Evaluation of adequacy of proposed soil cleanup standards in the context of public health impacts, with Mt Sinai Medical Center in NYC & Cornell University.

- Evaluation of health hazards resulting from heavy metals contamination in St. Bernard Parish following Hurricane Katrina (Louisiana Bucket Brigade).

- Development of the federal chemical release risk evaluation system (RSEI) for US EPA.

- Pilot study of the use of probabilistic risk assessment (PRA) methods from nuclear power facilities to evaluate and prevent medical errors during intake and initial treatment at acute care hospitals.

- Evaluation of multimedia mercury contamination, exposures, health risks, environmental justice issues, and cultural impacts to develop benefits estimation methods for EPA mercury regulatory analysis.

**Kathleen Burns, Ph.D.**

---

**Policy support provided for government agencies**

    United States Senate and House of Representatives, chemical safety bills, 2005 to present.

    International Forum on Chemical Safety, Nanotechnology Working Group. 2006 to Present.

    USEPA, most Offices and Programs. 1991- present.

    Multiple states: legislation on chemicals policy, product safety, public health, and related.

    UN Environment Program 2005 to present.


**Support for Legal Actions Regarding Public Health.**

On behalf of Baltimore County MD residents exposed to MTBE and other gasoline chemicals via drinking water due to spill (ongoing)

On behalf of undisclosed individuals exposed to gasoline, BTEX, and MTBE due to an historic spill. (ongoing).

On behalf of water supplier in an area with perfluorinated chemical contamination (PFOA/PFOS). (ongoing)

On behalf of former federal nuclear facility workers exposed to chemicals and radionuclides. (ongoing).

On behalf of the City of New York regarding MTBE in drinking water supply wells. 2008-9

On behalf of Suffolk County Water District regarding MTBE in drinking water supplies. 2006 - 2008.

On behalf of a Michigan water district with pesticide contamination in water. 2007.

On behalf of a Hawaii water district regarding DBCP and TCP in drinking water supplies. 2006-2007.

On behalf of World Trade Center responders and cleanup workers, documenting chemical and radiation-related health effects to obtain health care, disability, and survivor benefits. 2006 to present.

On behalf of women exposed at work to chemicals known to cause birth defects, who gave birth to children with severe birth defects. (multiple cases, 2004 to present)

For the U.S. Department of Justice on behalf of USEPA, regarding health damage from a coal-fired power plant that did not install pollution control equipment (New Source Review cases - Baldwin Illinois plant), 2000 - 2003.

**Kathleen Burns, Ph.D.**

## Select Journal Publications and Presentations Within the Last 10 Years*

2009. Methyl Iodide and Public Health Protections for Child Agriculture Workers. Presentation to the California Dept of Health Scientific Advisory Board regarding methyl iodide. (In conjunction with Worksafe, Oakland California). September 25th, Sacramento California.

2008. Nanomaterials: Brief review of policy frameworks in the U.S. and Europe and recommendations from an occupational and environmental perspective. European Journal of Oncology. Volume 13, Number 4, pages 211-217.

2007. Katsnelson et al. An Association Between Incipient Renal Damage and Urinary Cadmium and Lead Levels in Young Russian Children: A Case Control Study. European Epimarker Volume 11, Number 4, October.

2007. Invited Presentation: Precaution and Nanomaterials: Public and Worker Health and Safety. Nanotechnology Panel at the American Public Health Association Annual Meeting, Boston, Massachusetts. November

2006. Invited testimony for NY State Assembly hearings on the public health hazards of TCE, in support of action on vapor intrusion of solvents from soil into homes. Presentation on the basic science underlying carcinogenic and developmental toxicity of TCE.

2006. Invited presentation: Asbestos Hazards in Our Homes, Communities, & Workplaces, Opportunities for Collective Action. Panel: Prevention of Occupational & Environmental Exposure to Asbestos: Regulatory Enforcement, Education and Training. ADAO Conference, Mount Sinai School of Medicine, New York, April.

2006. Thayer KA, Melnick R, Huff J, Burns K, et al. Hormesis: A New Religion? Environmental Health Perspectives. November. Volume 114, Number 11, pages A632-A633.

2005. Thayer KA, Melnick R, Burns K, et al. Fundamental Flaws of Hormesis for Public Health Decisions. Environmental Health Perspectives. 2005 October. Volume 113, Number 10, pages 1271-1276.

2005. The Relationship Between Pollution Burden and Age-Adjusted Breast Cancer Incidence at the Town Level. Era Of Hope Conference, Department of Defense Breast Cancer Research Program Meeting June. Philadelphia, Pa.

2005. Precautionary Worker Health and Safety for Emerging Technologies. Presented at conference the "Living in a Chemical World", Bologna Italy, September. Published in Annals of the New York Academy of Sciences, 2006

* The majority of my work for state and federal agencies during the 1986-2004 period required publication of white papers and government documents, rather than publications in journals. Most government documents that I developed involved extensive internal and external peer review (e.g., technical support documents for new federal air standards (NAAQS) and drinking water standards).

**Kathleen Burns, Ph.D.**

**Select Journal Publications and Presentations Within the Last 10 Years** (continued)

2004. Nanotoxicology of Carbon Nanotubes. Briefing paper for the Office of Science and Technology Policy. Washington, D.C.

2004. Axelrod, D, Burns K, Davis, von Larabeke N. Hormesis - An inappropriate extrapolation from the specific to the universal. International Journal of Occupational and Environmental Health, Volume 10, Number 3, pages 335-9.

2004. Invited Session Chair: Emerging Research Tools for Research in Environmental Epidemiology: Pollution Characterization and Environmental Mapping. International Society for Environmental Epidemiology (ISEE) Annual Conference, August 2004, New York City.

2004. Presentation: Ecological Town-level Study of Breast Cancer Incidence in Relation to Pollution, Session: Urbanization and Cancer. ISEE Annual Conference, August 2004, New York City.

2004. Presentation: The Use of New Databases and Analytical Platforms to Evaluate Relationships Between Various Measures of Community-level Pollution Burden and Breast Cancer. ISEE Annual Conference, August 2004, New York City.

2002. Evaluation of the Predictive Value of Environmental Pollutant Release Data In Assessing Breast Cancer. Era Of Hope Conference, Department of Defense Breast Cancer Research Program Meeting June. Orlando, Florida

2002. Asthma Trigger Avoidance and Related Cost Savings due to Direct Medical Costs Avoided. Research for USEPA, Office of Air and Radiation Programs. Presented at the International Conference on Indoor Air Quality and Climate, Monterey. California

2001. Privalova LI, et al. 2001. Some Considerations Concerning Multimedia-multipollutant Risk Assessment Methodology: Use of Epidemiologic Data for Non-Cancer Risk Assessment in Russia. Environmental Health Perspectives. January. Volume 109, Number 1, pages 7-13.

1999. Application of Multimedia Risk Assessment in a Russian Setting, Presented at International Society for Environmental Epidemiology, annual conference, Athens, Greece. September. (Based on a joint Harvard-Abt Associates project to develop health-based environmental regulatory capacity in emerging Eastern European countries).

**Books**

Guidance Manual for State, Tribal, and Territorial Agencies on the Development of Fish Advisories for Chemically Contaminated Fish: Vol. 2, Risk Assessment (1995) For USEPA, Washington, D.C.

Guidance Manual for State, Tribal, and Territorial Agencies on the Development of Fish Advisories for Chemically Contaminated Fish: Vol. 3, Risk Management (1996) For USEPA, Washington, D.C.

**Kathleen Burns, Ph.D.**

## Books (continued)

Cost of Illness Handbook. 2000. For USEPA Office of Pollution Prevention and Toxics. Washington, D.C.

Quantitative Risk Assessment for Environmental and Occupational Health, coauthored with William Hallenbeck. Lewis Press (CRC), Boca Raton, Florida. 1986.

Pesticides and Human Health, coauthored with William Hallenbeck, Springer-Verlag Press, New York City, New York City, New York. 1985.

Guide to Investigation of Suspected Pesticide Poisonings. Prepared for and published by the Illinois Department of Public Health, Springfield, Illinois. 1983.

## Other Relevant Work

Reviewer for the journal "Risk Analysis" during the 1990s.

Taught courses in environmental science, risk assessment, toxicology, anatomy and physiology, and mathematics at the college and post-graduate level.

Laboratory research:
    University of Chicago, Chicago, Illinois. DépartEment of Genetics: genetic characterization of Ustillago Violacea; Department of Pathology: an evaluation of species suitability for modeling human atherosclerotic processes in animals.

    Northwestern University Medical School, Chicago, Illinois, Department of Pharmacology: Evaluation of the separability of the cardiotoxic moiety of Adriamycin from its chemotherapeutic moiety, using extraction and evaluation of cardiac enzymes indicative of pathology (carried out in rodents).

## Professional Memberships and Affiliations

American Association for the Advancement of Science
American Public Health Association
International Society for Environmental Epidemiology
New York Academy of Sciences
Astronomical Society of the Pacific
Sigma Xi Scientific Society