# EXHIBIT 10

## AFFIDAVIT OF STEVEN D. LIDDLE

I, STEVEN D. LIDDLE, do depose and say as follows:

1. My name is Steven D. Liddle, and I am an attorney licensed to practice in the State of Michigan with a State Bar Michigan Identification No. P45110.

2. I was licensed to practice in the State of Michigan in November, 1991.

3. I have filed and maintained many environmental certified class actions, including, but not limited to: *Hawkins v. EQ Resource Recovery*, Wayne County Circuit Court Case No. 05-523613 (Chemical Plant Explosion); *Olden v. Lafarge Corp.*, 203 F.R.D. 254 (E.D. Mich. 2001)(Chronic Air Pollution); *Brush v. CWC Textron*, Muskegon County Circuit Court Case No. 04-42918-NZ (Chronic Air Pollution); *Beaushaw v. Monitor Sugar Co.*, Bay County Circuit Court Case No. 03-3595-NZ (Chronic Air Pollution); *Pederson v. Sybill, Inc.*, Wayne County Circuit Court Case No. 99-940649-NZ (Chronic Air Pollution); *Compora v. IKO Monroe, Inc.*, Monroe County Circuit Court Case No. 00-11245-NZ (Chronic Air Pollution); *Roth v Warren Hills*, Trumbull County Court of Common Pleas Case No. 04-CV-804 (Air Pollution); *Snow v Atofina Chemicals, Inc.*, United States District Court E.D. Mich. Case No. 01-72648 (Chemical Plant Fire); *Szczukowski v LP Alpena*, United States District Court E.D. Mich. Case No. 03-10007-BC (Chronic Air Pollution); *Blevins v Frito Lay*, Wayne County Circuit Court Case No. 00-000180-NZ(Chronic Air Pollution); *Howell v Quaker Chemicals, Inc.*, Wayne County Circuit Court Case No. 97-731404-CZ (Chemical Release); *Ramik v. Darling International, Inc.*, United States District Court E.D. Mich. Case No. 98-40276 (Chronic Air Pollution); *Weiss v Rouge Steel*, Wayne County Circuit Court Case No. 98-816224-NZ (Chronic Air Pollution); *Caines v Marathon Oil Company*, Wayne County Circuit Court Case No. 99-940648-NZ(Chronic Air Pollution); *Hargrove v Advanced Resource Recovery*, Wayne County Circuit Court Case No. 02-

1

232987 NZ(Chronic Air Pollution); *Brindley v. Severstal of North America, LLC*, Wayne County Circuit Court, Case No. 07-704488-NZ(Chronic Air Pollution); *Wall v. Polar Environmental*, Oakland County Circuit Court case no. 06-073967-NZ (Chronic Air Pollution); *Waldron v. Republic Services of Michigan I, LLC*, Wayne County Circuit Court, Case No. 06-615173-NZ(Chronic Air Pollution); Han*nak v Dearborn Heights,* Wayne County Circuit Court Case No. 07-708877-NZ; *Forbis v Allen Park*, Wayne County Circuit Case No. 07-707721-NZ; *Balogh v Lincoln Park*, Wayne County Circuit Court Case No. 07-704490-NZ; *Amolsch v. Dearborn*, Wayne County Circuit Court Case No. 00-030682-NZ; *West v. Wyandotte*, Wayne County Circuit Court Case No. 00-029854-NZ; Allen v Lanzo, Macomb County Circuit Court Case No. 01-5225-NZ; *Biechler v Eastpointe*, Macomb County Circuit Court Case No. 00-3150-NZ; *Lessard v. Allen Park*, Federal District Court Case No. 00-74306 (E.D. Mich.); *Vangoss v. Dearborn Heights*, Wayne County Circuit Court Case No. 98-805608-NZ; *Pohutski v. Allen Park*, Wayne County Circuit Court Case No. 98-813540-NZ; *Meister v. Garden City*, Wayne County Circuit Court Case No. 98-806208-NZ; *Demeter v. Inkster*, Wayne County Circuit Court Case No. 98-808077-NZ; *Pierson v. City of Taylor*, Wayne County Circuit Court Case No. 98-811867-NZ; *Kalajian v. Grosse Pointe Woods*, Wayne County Circuit Court Case No. 98-810033-NO; *Sickels v. Beverly Hills*, Oakland County Circuit Case No. 98-008497-NZ; *Storgoff v. Township of Redford*, Wayne County Circuit Court Case No. 98-841445-NZ; *Poszywak v. Township of Redford*, Wayne County Circuit Court Case No. 99-919177-NZ; *Mashni v. Charter Township of Redford*, Wayne County Circuit Court Case No. 99-931967-NZ; *Grabowski v. City of Warren*, Macomb County Circuit Court Case No. 98-0825-NO; *Shadoian v. Birmingham*, Oakland County Circuit Court Case No. 98-008479-NZ; *Coddington v. Township of Harrison*, Macomb County Circuit Court Case No. 98-1096-NO; *Anliker v. Township of Harrison*,

Macomb County Circuit Court Case No. 98-1097-NO; *Rizzo v. Detroit*, Wayne County Circuit Court Case No. 97-736853-NO; *Upshaw v Mt. Clemens*, Macomb County Circuit Case No. 98-4597-NZ; *Engelbert v Ann Arbor*, Washtenaw County Circuit Court Case No. 00-737-NZ.

Further Affiant sayeth not.

                                                               _____
                                                               STEVEN D. LIDDLE

Subscribed and sworn to before me
this 20th day of August, 2010

_____
Mark DeClerck, Notary Public
Wayne County, Michigan
My commission expires: 6/6/2013